LAW OFFICE OF JEFFREY D. FULTON
Jeffrey D. Fulton (Bar No. 206466)
2150 River Plaza Drive, Suite 260
Sacramento, California 95833
Telephone: (916) 993-4900
Facsimile: (91 6) 441-5575
E-Mail: JFulton@JFultonLaw.com

Attorneys for Plaintiff RICHARD DEBOARD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEBOARD,<br><br>Plaintiff,<br><br>v.<br><br>ABM AVIATION, INC.,<br><br>Defendant. | Case No: 2:20-CV-02437-KJM-JDP<br><br>Assigned for all purposes to:<br>Hon. Kimberly J. Mueller<br>Courtroom Three<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND ORDER<br><br>Date Action Filed: July 21, 2020<br>Case Removed:     December 9, 2020<br>Trial Date:              Not Set |

Subject to Court approval, Plaintiff RICHARD DEBOARD ("Plaintiff") and Defendants ABM AVIATION, INC., ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

1. The individual claims of Plaintiff against Defendants, and each of them, shall be dismissed in their entirety with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1) and (2).

2. Each Party shall bear their own costs and attorneys' fees.

3. Plaintiff and Defendants hereby jointly stipulate and request, in consideration of a negotiated settlement executed by them, to dismiss with prejudice the above-captioned action.

1

IT IS SO STIPULATED.

DATE: OCTOBER 20, 2021     **ROSS, WALCOTT, TEINERT & PROUT LLP**

By: /s/ Paul Teinert
    Paul Teinert
    Attorneys for Defendant
    ABM AVIATION, INC.

DATE: OCTOBER 20, 2021     **LAW OFFICE OF JEFFREY D. FULTON**

By: /s/ Jeffrey D. Fulton
    Jeffrey D. Fulton
    Attorneys for Plaintiff
    RICHARD DEBOARD

## ORDER

The court has reviewed the parties' stipulation; good cause appearing the court adopts the parties' agreement. This action is hereby dismissed with prejudice. The Clerk of the court is directed to close the case.

IT IS SO ORDERED.

This order resolves ECF No. 23.

DATED: October 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE